UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-21720-CIV-KING

ANITA OGINSKY, et. al,

    Plaintiffs,

v.

PARAGON PROPERTIES OF COSTA RICA
LLC, a Florida limited liability company, et. al,

    Defendants.
_____/

## ORDER DENYING MOTIONS TO DIMISS WITHOUT PREJUDICE

Plaintiffs filed the Second Amended Complaint in this action on August 24, 2010 against thirty-three Defendants. (D.E. #64). Six of the thirty-three defendants are represented by the same law firm, Tew Cardenas, LLP,[1] which has filed six separate Motions to Dismiss the Second Amended Complaint on behalf of each of its six Defendant-clients. (D.E. #69, 71, 73–6). Review of the six motions reflect that they are asserting essentially the same grounds for dismissal of the Second Amended Complaint, with some slight variation in the motions of Defendants LTS Management, LLC; Costa Rica Land & Development, Inc.; and Siegel. *See* D.E. #69, 71, 74. Although permitted under the Rules, this procedure will lead to multiple filings, multiple docketing, and possibly multiple orders and rulings in

---

[1] Tew Cardenas, LLP represents Defendants LTS Management Corp., Costa Rica Land & Development, Inc., Judith Gale, Julian L. Siegel, Lisa Tashman, and Mariland Tashman.

an unnecessary proliferation of the pleadings and inefficient administration of the case. In the interest of advising the Parties and the attorneys at the outset of this litigation of the court's preference to file a single motion governing the position of multiple Defendants represented by a single firm in a single motion, it is hereby

**ORDERED, ADJUDGED, and DECREED** that these six Motions to Dismiss the Second Amended Complaint (D.E. # 69, 71, 73, 74, 75, 76) be, and the same are hereby **DENIED without prejudice** for counsel to re-file, **within ten (10) days,** a consolidated Motion to Dismiss outlining the position of all six above-mentioned Defendants in a single document.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of September, 2010.

/s/ James Lawrence King
James Lawrence King
Senior United States District Judge

cc:   *Counsel for Plaintiffs*

**Matthew S. Sarelson, Esq.**
Sarelson Law Firm, P.A.
1401 Brickell Avenue
Suite 510
Miami, FL 33131

**Paul Bernard Kunz, Esq.**
Bander & Associates
444 Brickell Ave.
Suite 300
Miami, FL 33131

*Counsel for Defendants*

2

**Jeffrey Allen Tew**
Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Avenue
15th Floor
Miami, FL 33131-3407

**David H. Charlip, Esq.**
Charlip Law Group
17501 Biscayne Blvd
Suite 510
Aventura, FL 33160

**Stephen N. Rosenthal, Esq.**
20533 Biscayne Boulevard
Aventura, FL 33180

**William Gale**
2035 Harding Street Suite 201
Hollywood, FL 33020
PRO SE

**Murray Linder**
3754 NE 209th Terrace
Miami, FL 33180
PRO SE

**Stephen Tashman**
822 SW Bryan Place
Fort Lauderdale, FL 33312
305-206-1150
PRO SE

**Larry Webman**
1250 Hallandale Beach Blvd, Suite 609
Hallandale, FL 33009
PRO SE

**Chester Potash**
MIAMI FEDERAL CORRECTIONAL INSTITUTION

Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177
PRO SE